FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

MAY 0 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF MARY CLAIRE TRIMBLE
FOR REINSTATEMENT TO ACTIVE STATUS
IN THE BAR OF MONTANA

O R D E R

Mary Claire Trimble has petitioned for reinstatement to active status in the State Bar of Montana. However, there are requirements under the Rules of Admission that must be satisfied before we can approve placing Trimble on active status.

Trimble was notified by the State Bar Admissions Administrator on December 3, 2021, that Trimble had completed eligibility requirements for admission by Uniform Bar Examination score transfer. The letter advised Trimble that "[t]he Montana Rules of Admission require that you present yourself for admission within one year from the date of this notice." However, Trimble did not thereafter move for admission. Thus, Trimble has never been admitted to the State Bar, including signing the oath and the roll of attorneys, and has not been listed as a member of the State Bar. Rule X(B) of the Rules of Admission provides that, "[i]f an applicant does not appear for admission to the State Bar of Montana within one year after successfully meeting the requirements for admission, the applicant's application will be terminated and the applicant may be admitted only after reapplication as provided in these Rules." It appears Trimble did, for reasons unknown, pay the annual bar membership fee for 2022, despite never being admitted.

To finish the admissions process, Trimble must petition the Court for admission, submitting the certification from the Bar Admissions Administrator that Trimble has satisfied all admissions requirements. Given the expiration of the one-year period in which to do so, Trimble must also request that the Court waive Rule X(B) by providing an explanation about why the process was not completed within one year. Therefore,

IT IS HEREBY ORDERED that the petition of Mary Claire Trimble for reinstatement to active status in the State Bar of Montana is DENIED WITHOUT PREJUDICE to Trimble's completion of the admission process, as provided herein.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 2nd day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices